UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                                                         :

JOHN TAGGART,                                     :

                                                            :       **ORDER**

                               Plaintiff,             :

            -against-                          :       22 Civ. 4701 (AKH)

                                                                   :

SOURCE DIGITAL, INC.,                  :

                                                                   :

                              Defendant.            :

                                                                   :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I understand that the parties completed discovery on June 14, 2023, and now seek to engage in dispositive motion practice. Per the agreement of the parties, the following schedule shall govern the filing of any such motions:

- All motions and supporting papers shall be filed by August 1, 2023.
- All oppositions shall be filed by August 18, 2023.
- All replies shall be filed by August 29, 2023.

       I will schedule oral argument at a later date should I determine that it is necessary for resolution of the motion or motions.

       SO ORDERED.

Dated:     July 7, 2023                                    /s/ Alvin K. Hellerstein
             New York, New York                  ALVIN K. HELLERSTEIN
                                                           United States District Judge